RINEY'S HEIRS
*vs*
RINEY.

---

## Riney's heirs *vs* Riney.

ERROR TO THE WASHINGTON COUNTY COURT.

*Writs of error.   Joint and several rights.   Limitation.*

CHIEF JUSTICE ROBERTSON delivered the Opinion of the Court.

THE interest of Riney's heirs, in the land which descended to them, being joint, therefore their right to prosecute a writ of error for setting aside the allotment of dower to his widow was also necessarily joint, and not for any purpose several, as it might have been had their interest been several, as in a case of independent legatees or devisees who, not having been made joint parties in the inferior court, might each have a seperate right to seek the reversal of a County Court order, rejecting the will under which they severally claimed.

And consequently, as all the heirs did not labor under a saving disability, the infants, in whose name alone this writ is prosecuted, cannot avoid thé legal operation of the statute of limitations, the adult co-heirs being barred.

Wherefore, the statute being pleaded in this case, it is considered as adjudged that the writ of error is barred.

*McHenry* for plaintiffs;  *Kelly* for defendant.

*Case 23.*

*October 29.*

Where the interest is joint, the right to prosecute a writ of error is also joint.

In such case all must join in the writ, and if one or more be barred by lapse of time, all are barred.